JUGURTHA H. CARPENTER, RESPONDENT, v. HENRY H. PHILLIPS, TRUSTEE, ETC., APPELLANT.

Judgment reversed, and new trial ordered in the County Court of Oswego county, costs to abide event, unless plaintiff shall stipulate to reduce the judgment to the sum of $44.46, with interest from October 31, 1873, in which case the judgment as so reduced is affirmed, with costs of the appeal.

---

SARAH E. STEELE, RESPONDENT, v. DAVID V. BENHAM, SHERIFF, ETC., APPELLANT.

Judgment and order affirmed. *Held*, that the assignment and the delivery of the notes transferred the debt as well as the mortgage; that upon the evidence it was proper to submit to the jury the question of the change of possession and the good faith of the mortgage; that the defendant, having converted the property, was liable to the plaintiff, notwithstanding the previous levy made by the constable; that the motive of the plaintiff in taking an assignment of the mortgage was immaterial, and that some of the exceptions argued on the part of the appellant were well taken.

---

AZAIRAH WILSON, RESPONDENT, v. THE CITY OF SYRACUSE, APPELLANT, IMPLEADED, ETC.

Judgment and order affirmed. *Held*, that the question of negligence and contributory negligence were properly submitted to the jury; that the stairway being an opening in the sidewalk, the duty of seeing that it was made safe by lighting or otherwise was upon the city (*Bacon* v. *Boston*, 3 Cush., 174; Sherman & Redf. on Negligence, §§ 385, 414); and that the offer to show the existence of other similar stairways in other parts of the city was immaterial, no explanation accompanying the offer, to show the particular purpose for which the evidence was deemed competent.